**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FEEZOR                              v. ACACIA GASOLINE               No. 06-1247-BEN(LSP)

HON. LEO S. PAPAS        CT. DEPUTY TRISH LOPEZ          Rptr.
                                   Attorneys
       Plaintiffs                                              Defendants

The date and time of the Settlement Disposition Conference on December 7, 2006 at 4:00 PM is vacated and reset for December 20, 2006 at 4:00 PM.

If a copy of a signed stipulation of dismissal cannot be provided to the chambers of Magistrate Judge Papas on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Papas at least one court day before the date indicated above, to explain the reasons therefor. Monetary sanctions shall be imposed for failure to comply with this order.

DATED: December 5, 2006

Hon. Leo S. Papas
U.S. Magistrate Judge