**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FEEZOR _____ v. ACACIA GASOLINE _____ No. 06-1247-BEN(LSP)

HON. LEO S. PAPAS        CT. DEPUTY TRISH LOPEZ        Rptr. _____
                                    Attorneys
        Plaintiffs                                            Defendants

_____        _____

_____        _____

_____        _____


The Settlement Disposition Conference set for December 20, 2006 at
4:00 p.m. is off calendar.  Dismissal received.


DATED:  December 18, 2006


                                    _____
                                    Hon. Leo S. Papas
                                    U.S. Magistrate Judge