SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III SBN 69773
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone:  (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| LARY FEEZOR, | Case No. 06cv1247 BEN (LSP) |
| Plaintiff, | **ORDER RE: JOINT MOTION FOR DISMISSAL** |
| vs. | |
| ACACIA GASOLINE and CAR WASH of ENCINITAS dba ENCINITAS SHELL CAR WASH, et al, | |
| Defendants. | |

1
2
3 <u>ORDER ON JOINT MOTION FOR DISMISSAL</u>
4       Pursuant to a settlement and release agreement between plaintiff and
5 defendants, the Court GRANTS the Joint Motion for Dismissal and dismisses the
6 above-captioned action with prejudice.
7
8
9       DATED: May 2, 2007

_____
Hon. Roger T. Benitez
United States District Judge